MAGISTRATE JUDGE

08-CR-05873-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR08-5873 |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING MOTION TO |
| vs. | ) | CONTINUE PRETRIAL AND TRIAL |
| | ) | DATE |
| KEITH A. SHREVES, | ) | |
| Defendant. | ) | |
| | ) | |

Upon the stipulation of the parties to continue the pretrial and trial date in the above-captioned case, the Court finds that such a continuance would serve the ends of justice, therefore,

IT IS HEREBY ORDERED that the pretrial motion date is hereby continued from January 7, 2009, to February 4, 2009; and, it is further hereby

ORDERED that the trial date be continued from February 9, 2009 to March 23, 2009. The resulting period of delay from February 2009 to March 2009, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(8)(A) and (B).

DONE this _____ day of January, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

Presented By:                              Approved as to form:

/S/ ROBERT C. FREEBY                       /S/ FRED W. INMAN

_____           _____
Robert C. Freeby, WSBA#18515              Fred W. Inman
Attorney for Defendant                    Special Assistant United States Attorney

ROBERT C. FREEBY, P.S.
724 So. Yakima, Suite 200
Tacoma, WA 98405
(253)383-3823
fax (253)383-2099